UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 1:20-CR-104 |
| | ) | |
| WHITNEY ADWAN MACK | ) | |

## ORDER

Before the Court is the Government's motion for an order directing that funds seized from Defendant Whitney Adwan Mack during the investigation of her criminal activity, and since held by the United States Secret Service ("USSS"), be turned over by the USSS to the Clerk of Court and applied to the Defendant's outstanding restitution obligation. Upon due consideration, the Government's motion (doc. no. 86) is **GRANTED.**

**IT IS THEREFORE ORDERED** that the USSS, Resident Agent in Savannah, Georgia, shall deliver a negotiable cashier's check in the amount of $50,384.42 seized from the Defendant's bank account (evidence number 3302021CE09), to the Clerk of Court, Southern District of Georgia, 124 Barnard Street, Savannah GA 31401, within fifteen days of the date of this Order. The instrument shall be made payable to "Clerk, U.S. District Court" and bear the notation "Mack - 1:20-CR-104." **IT IS FURTHER ORDERED** that the Clerk of Court shall apply the funds to the Defendant's outstanding restitution obligation in accordance with the priority and schedule set forth in the criminal judgment.

**ORDER ENTERED** this _17th_ day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE